IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LEON K. CARTER                                                                           PLAINTIFF

V.                                    CASE NO. 4:17-CV-04040

CODY FERGUSION, police officer; and
NEVADA COUNTY SHERIFF'S DEPARTMENT                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 19, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i)-(iii) and 1915A(a). The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i)-(iii) and 1915A(a).

**IT IS SO ORDERED**, this 14th day of July, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge